UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FORGE FABRICATION SERVICES, L.L.C., ET AL.,** | : | **CIVIL ACTION NO. 19-12393** |
| Plaintiffs | : | **SECTION: "E" (3)** |
| **VERSUS** | : | **JUDGE MORGAN** |
| **KEITH PORTA, ET AL.,** | : | |
| Defendants | : | **MAGISTRATE JUDGE DOUGLAS** |

# ORDER

Considering the foregoing Joint Motion to Dismiss filed by plaintiffs and counterclaim defendants, David O'Reilly, Nineteen Eleven, LLC, and Forge Fabrication Services, LLC, and defendants and counterclaim plaintiffs, Keith O. Porta and APC Construction, LLC, (collectively, the "Parties"), and for good cause shown;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The claims between the Parties are DISMISSED WITH PREJUDICE, with each party to bear its or his own costs.

**IT IS FURTHER ORDERED** that the Court retain jurisdiction to enforce the settlement of the claims between the Parties.

New Orleans, Louisiana, on this the 28th day of May, 2020.

_____
**UNITED STATES DISTRICT JUDGE**